No. 12, Original. UNITED STATES *v.* CALIFORNIA. The motion of the complainant for clarification of scope of inquiry referred to the Special Master is denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 206, Misc. EX PARTE COLLETT. This case is assigned for hearing on the motion for leave to file petition for writs of mandamus and prohibition. *Theodore Granik* for petitioner.

No. 233, Misc. KILPATRICK *v.* TEXAS & PACIFIC RAILWAY CO. This case is assigned for hearing on the motion for leave to file petition for writ of mandamus or certiorari. *William H. DeParcq, Gerald F. Finley* and *Arnold B. Elkind* for petitioner. *Theodore Kiendl, William H. Timbers* and *Cleveland C. Cory* for respondent.

No. 269, Misc. UNITED STATES *v.* NATIONAL CITY LINES, INC. ET AL. This case is assigned for hearing on the motion for leave to file petition for writ of certiorari. *George T. Washington,* then Acting Solicitor General, for the United States. *Marland Gale, C. Frank Reavis* and *Martin D. Jacobs* for respondents.

No. —. WEBER *v.* ILLINOIS. Motion for stay of execution denied.

No. 237, Misc. WILLIAMS *v.* UNITED MINE WORKERS OF AMERICA. Motion for leave to file petition for writ of certiorari denied.

No. 238, Misc. RUSSO *v.* THOMPSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.